# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KUBRA BAGHIRPUR,

Appellant,

v.

JIWEI WU,

Appellee.

No. 2D2025-2679
_____

August 7, 2026

Appeal from the Circuit Court for Pinellas County; Brian Gnage, Judge.

Mark F. Baseman of Felix & Baseman, Tampa, for Appellant.

Michael J. Park of Park Law Group, P.A., Clearwater, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.